# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Jones, Amber Lynn | Docket No. | 0980 2:17CR00119-LRS-2 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Chris S. Heinen, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Amber Lynn Jones, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 11th day of August, 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

Following any evaluation or treatment ordered here, Defendant shall complete any recommended aftercare program.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5:** The defendant admitted to the use of hydrocodone, for which she did not have a prescription, on or about October 23, 2017.

**PRAYING THAT THE COURT WILL INCORPORATE THIS PETITION WITH THE PETITION PREVIOUSLY SUBMITTED TO THE COURT ON THIS MATTER AND DATED OCTOBER 2, 2017.**

|   |   |   |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    10/25/2017 |
| | by | s/ Chris S. Heinen |
| | | Chris S. Heinen<br>U.S. Pretrial Services Officer |

PS-8
Re: Jones, Amber Lynn
October 25, 2017
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporate of the violation(s) contained in this petition
     with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____October 25, 2017_____
Date