# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 29, 2017

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jones, Amber Lynn | Docket No. | 0980 2:17CR00119-LRS-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Jonathan C Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Amber Lynn Jones, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 11th day of August, 2017, under the following conditions:

**Additional Condition # 27: Prohibited Substance Testing**: **If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:** Per documents provided by Pioneer Human Services, Ms. Jones failed to appear without being excused by U.S. Probation and Pretrial Services for her phase urinalysis testing on the following dates; November 29, December 18, 20, and 27, 2017.

**Violation # 2:** On December 22, 2017, Ms. Jones provided a urinalysis that tested presumptive positive for morphine and opiates. Ms. Jones admitted to the undersigned, and via a written document, that she used heroin on or about December 21, 2017.

**Violation # 3:** On December 28, 2017, the undersigned received text messages and spoke with Ms. Jones via telephone in which she admitted to using heroin and methamphetamine on or about December 26, 2017.

**PRAYING THAT THE COURT WILL ISSUE A WARRANT**

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:      December 29, 2017

by      s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]      No Action
[X]      The Issuance of a Warrant
[  ]      The Issuance of a Summons
[  ]      The incorporation of the violation(s) contained in this
           petition with the other violations pending before the
           Court.
[  ]      Defendant to appear before the Judge assigned to the case.
[  ]      Defendant to appear before the Magistrate Judge.
[  ]      Other

Signature of Judicial Officer

December 29, 2017

Date