PROB 12C
(6/16)

Report Date: September 25, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amber Lynn Jones                Case Number: 0980 2:17CR00119-LRS-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 11, 2018

Original Offense:    Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:   Prison - 18 months           Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Patrick Cashman              Date Supervision Commenced: April 8, 2019

Defense Attorney:    Federal Defenders Office     Date Supervision Expires: April 7, 2022

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On September 3, 2019, Ms. Jones admitted to the undersigned officer, and via a signed document, that she used both heroin and methamphetamine on or about September 3, 2019, which is a direct violation of special condition number 5.

On April 8, 2019, Ms. Jones participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Ms. Jones signed a copy of the conditions of supervision acknowledging an understanding of her conditions.

2 | **Special Condition # 5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Jones, Amber Lynn**
**September 25, 2019**
**Page 2**

**Supporting Evidence**: On September 12, 2019, Ms. Jones provided a urinalysis that tested presumptive positive for morphine and methamphetamine. Thereafter, Ms. Jones admitted to the undersigned officer, and via a signed document, that she used both heroin and methamphetamine on or about September 11, 2019, which is a direct violation of special condition number 5.

On April 8, 2019, Ms. Jones participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Ms. Jones signed a copy of the conditions of supervision acknowledging an understanding of her conditions.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/25/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

09/25/2019
Date