PROB 12C
(6/16)

Report Date: October 18, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Amber Lynn Jones        Case Number: 0980 2:17CR00119-LRS-2

Address of Offender: 211 North Division Street, Odessa, Washington 99159

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2018

Original Offense: Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Prison - 18 months         Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney: Patrick Cashman        Date Supervision Commenced: April 8, 2019

Defense Attorney: Amy Rubin                 Date Supervision Expires: April 7, 2022

## PETITIONING THE COURT

To issue a **SUMMONS** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/25/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On October 17, 2019, Ms. Jones admitted to the undersigned officer, and via a signed document, that she used heroin on or about October 15, 2019, which is a direct violation of special condition number 5.<br><br>On April 8, 2019, Ms. Jones participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Ms. Jones signed a copy of the conditions of supervision acknowledging an understanding of her conditions. |

Prob12C
Re: Jones, Amber Lynn
October 18, 2019
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **SUMMONS** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/18/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[✓]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

10/21/2019
Date